*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
DALY, HARRELL, and BROWN
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Lovric L. NILOOBAN**
Aviation Maintenance Administrationman Petty Officer Second
Class (E-5), U.S. Navy
*Appellant*

**No. 202500389**

_____

Decided: 21 January 2026

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Benjamin D. Adams

Sentence adjudged 22 July 2025 by a special court-martial tried at Naval Air Station, Jacksonville, Florida, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for eight months, and a bad-conduct discharge.

For Appellant:
*Captain Kyle W. Rodewald, USMC*

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and that no error materially prejudicial to Appellant's substantial rights occurred.[1]

However, we note that the Entry of Judgment does not reflect a correct plea in its findings section.[2] Although we find no prejudice, Appellant is entitled to have court-martial records that correctly reflect the content of his proceeding.[3] In accordance with Rule for Courts-Martial 1111(c)(2), we modify the Entry of Judgment and direct that it be included in the record.

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

---

[1] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.

[2] *See* Block 11 of the Entry of Judgment, incorrectly indicating a plea of "Guilty" for Charge I, Specification 1. The correct plea is "Not Guilty." We have also taken this opportunity to correct the numbered Charges using Roman numerals and to remove the number "1" from the Sole Specification of Charge II.

[3] *See United States v. Wadaa*, 84 M.J. 652 (N-M. Ct. Crim. App. 2024).

# United States Navy–Marine Corps Court of Criminal Appeals

| | |
|---|---|
| **UNITED STATES** | **NMCCA NO. 202500389** |
| **v.** | **ENTRY OF JUDGMENT** |
| **Lovric L. NILOOBAN** Aviation Maintenance Administrationman Second Class (E-5) U.S. Navy *Accused* | *As Modified on Appeal* **21 January 2026** |

On 22 July 2025, the Accused was tried at Naval Air Station, Jacksonville, Florida, by a special court-martial, consisting of a military judge sitting alone. Military Judge Benjamin D. Adams presided.

## FINDINGS

The following are the Accused's pleas and the Court's findings to all offenses the convening authority referred to trial:

**Charge I:**    **Violation of Article 134, Uniform Code of Military Justice, 10 U.S.C. § 934.**

> *Plea:* Guilty.
> *Finding:* Guilty.

**Specification 1:**    **(Possessing Child Pornography): Did, on or about 1 September 2023, knowingly and wrongfully possess child pornography, to wit: a video on his iPhone 13 Max of a minor engaging in sexually explicit conduct and that his conduct was to the prejudice of good order and discipline in the armed forces and was of a nature to bring discredit upon the armed forces.**

> *Plea:* Not Guilty.
> *Finding:* Withdrawn and dismissed without prejudice to ripen into prejudice upon completion of appellate review.

**Specification 2:**    **(Possessing Child Pornography): Did, on or about 1 September 2023, knowingly and wrongfully possess child pornography, to wit: a video, on his Western Digital Hard Drive, of a minor engaging in sexually**

**explicit conduct and that his conduct was to the prejudice of good order and discipline in the armed forces and was of a nature to bring discredit upon the armed forces.**

*Plea:* Guilty.

*Finding:* Guilty.

**Charge II:** **Violation of Article 80, Uniform Code of Military Justice, 10 U.S.C. § 880.**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed without prejudice to ripen into prejudice upon completion of appellate review.

**Specification:** **(Attempting to View and Possess Child Pornography): Did, on divers occasions between 29 November 2021 and 1 September 2023, attempt to view child pornography by knowingly and wrongfully accessing video and image files whose file names were indicative of child pornography, which conduct was to the prejudice of good order and discipline in the armed forces and was of a nature to bring discredit upon the armed forces.**

*Plea:* Not Guilty.

*Finding:* Withdrawn and dismissed without prejudice to ripen into prejudice upon completion of appellate review.

## SENTENCE

On 22 July 2025, a military judge sentenced the Accused to the following:

**Reduction to pay grade E-1.**

**Confinement**

*For Specification 2 of Charge I:*
confinement for eight months.

**A bad-conduct discharge.**



FOR THE COURT:

MARK K. JAMISON
Clerk of Court

2